## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Hiley  M. Perez aka Hiley Perez dba
Happy Kids Family Daycare

               **Debtor(s)**

BK NO. 21-00695 HWV

Chapter 13


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage
Servicing and index same on the master mailing list.


                  Respectfully submitted,


/s/ Rebecca Solarz

Rebecca Solarz
12 Jul 2021, 13:53:39, EDT


        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

Document ID: 0e5869099f6bc9af4365b07f46f5814b0936907983a1e5c5f387a0f4da574e