UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
HILEY M. PEREZ : CHAPTER 13
            Debtor. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NEWREZ LLC, d/b/a SHELLPOINT :
MORTGAGE SERVICING :
            Movant, :
:
vs. :
HILEY M. PEREZ : CASE NO. 5-21-00695
            Respondents. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM**
**AUTOMATIC STAY UNDER SECTION 362**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    AND NOW COMES, Hiley Perez, the Debtor, and files an Answer to NewRez LLC's Motion for Relief From the Automatic Stay:

    1.    Hiley Perez (hereinafter the "Debtor") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

    2.    Movant alleges that Debtor has failed to make post-petition mortgage payments.

    3.    Debtor had to close her business due to COVID resulting in a decrease in monthly income, which caused the default of the mortgage payments.

    4.    The Debtor wishes to enter into a Stipulation to include the arrears in an amended Chapter 13 Plan.

    5.    Movant is not entitled to relief from the automatic stay as the arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and/or a six (6) month Stipulation, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtor respectfully requests that Movant's Motion for Relief from the Automatic Stay be denied.

                                              Respectfully submitted,

Date: July 30, 2021                    /s/Tullio DeLuca
                                              Tullio DeLuca, Esquire
                                              PA ID# 59887
                                              381 N. 9th Avenue
                                              Scranton, PA 18504
                                              (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
HILEY M. PEREZ : CHAPTER 13
          Debtor. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NEWREZ LLC, d/b/a SHELLPOINT :
MORTGAGE SERVICING :
          Movant, :
:
  vs. :
HILEY M. PEREZ : CASE NO. 5-21-00695
          Respondents. :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned hereby certifies that on July 29, 2021, he caused a true and correct copy of Debtor's Answer to NewRez's Motion for Relief from the Automatic Stay to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

    Rebecca Solarz, Esq. at rsolarz@kmllawgroup.com


Dated: July 29, 2021                               /s/Tullio DeLuca
                                                  Tullio DeLuca, Esquire