UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

HILEY M. PEREZ  
* Debtor(s)

Case Number: **5-21-00695**  
Chapter: **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: October 13, 2021

SIGNED: *Lisa Manchak*

TITLE: _/s/Legal Assistant_

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Hiley M. Perez, <br> aka Hiley Perez, dba Happy Kids Family Daycare, | Chapter 13 |
| **Debtor 1** | Case No. 5:21-bk-00695-MJC |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on September 3, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: October 7, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

orcnfpln(05/18)

| | | |
|---|---|---|
| AR RESOURCES<br>PO BOX 1056<br>BLUE BELL, PA 19422-0287 | AT&T CORP<br>KAREN A. CAVAGNARO PARALEGAL<br>ONE AY&T WY, STE 3A104<br>DEMINSTER, NJ 07921-2693 | CAPITAL ONE AUTO FINANCE<br>901 NORTH DALLAS PKWY<br>PLANO, TX 75093-7864 |
| CAPITAL ONE AUTO FINANCE, A DIVISION<br>OF AIS PORTFOLIO SERVICES, LP<br>4515 N SANTA FE AVE, DEP APS<br>OKLAHOMA CITY, OK 73118-7901 | CAPITAL ONE AUTO FINANCE<br>PO BOX 4360<br>HOUSTON TX 77210-4360 | CREDIT ACCEPTANCE<br>25505 W TWELVE MILE RD<br>STE 3000 SOUTHFIELD, MI 48034-8331 |
| CREDIT ACCEPTANCE CORP<br>PO BOX 513<br>SOUTHFIELD, MI 48037-0513 | LVNV FUNDING<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | LOCKHART MORRIS &<br>MONTGOMERY<br>1401 N CENTRAL EXPY<br>STE 225<br>RICHARDSON, TX 75080-4456 |
| LUISANNA TINEO<br>1105 BURTON ST<br>FREELAND, PA 18224-1303 | MIDEX SOSA<br>711 ALDER ST<br>HAZLETON, PA 18201 | MIDLAND CREDIT MANAGEMENT<br>8875 AERO DR.<br>STE 200<br>SAN DIEGO, CA 92123-2255 |
| MIDLAND CREDIT MANAGEMENT, INC<br>PO BOX 2037<br>WARREN, MI 48090-2037 | NEW REX<br>D/B/A SHELLPOINT MORTGAGE SERVICES<br>6409 CONGRESS AVE<br>STE 100<br>BOCA RATON, FL 33487-2853 | PPL ELECTRIC UTILITIES<br>2 NORTH 9TH ST.<br>ALLENTOWN, PA 18101-1179 |
| PA DEPT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES<br>MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK, VA 23541-1021 |
| UNITED STATES TRUSTEE<br>228 WALNUT ST, STE 1190<br>HARRISBURG, PA 17101-1722 | CHARLES G WOHLRAB<br>10700 ABBOTT'S BRIDGE RD<br>STE 170<br>DULUTH, GA 30097-8461 | JACK N. ZAHAROPOULOS<br>ATTN: CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE, STE A<br>HUMMELSTOWN, PA 17036-8625 |