In re:  Case No. 21-00695-MJC
Hiley M. Perez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Oct 20, 2021      Form ID: ordsmiss      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hiley M. Perez, 1105 Burton Street, Freeland, PA 18224-1303 |
| 5400191 | + | AR Resources, P.O. Box 1056, Blue Bell, PA 19422-0287 |
| 5400195 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5400197 | + | Luisanna Tineo, 1105 Burton St., Freeland, PA 18224-1303 |
| 5400199 | | Midex Sosa, 711 Alder St., Hazleton, PA 18201 |
| 5439980 | | NewRez LLC DBA Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 5412811 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5402693 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 5400201 | + | PPL Electric Utilities, 2 North 9th Street, Allentown, PA 18101-1179 |
| 5400202 | | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 20 2021 22:43:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 20 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5412297 | + | EDI: ATTWIREBK.COM | Oct 20 2021 22:43:00 | AT&T CORP, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5435653 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 20 2021 18:38:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5400192 | + | EDI: CAPONEAUTO.COM | Oct 20 2021 22:43:00 | Capital One Auto Finance, 3901 North Dallas Pkwy., Plano, TX 75093-7864 |
| 5401235 | + | EDI: AISACG.COM | Oct 20 2021 22:43:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5405964 | + | EDI: AISACG.COM | Oct 20 2021 22:43:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5400595 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 20 2021 18:38:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5400193 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 20 2021 18:38:00 | Credit Acceptance Corp., P.O. Box 513, Southfield, MI 48037-0513 |
| 5400198 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 18:46:08 | LVNV Funding LLC, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5403867 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 18:46:16 | LVNV Funding, LLC, Resurgent Capital Services, |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5400196 | + | Email/Text: bankruptcy@lmmcollections.com | Oct 20 2021 18:38:00 | Lockhart Morris & Montgomery, 1401 N. Central Expy, Suit 225, Richardson, TX 75080-4456 |
| 5400200 | + | EDI: MID8.COM | Oct 20 2021 22:43:00 | Midland Credit Management, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 5409715 | + | EDI: MID8.COM | Oct 20 2021 22:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5400799 | + | EDI: RMSC.COM | Oct 20 2021 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | *+ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 5400194 | *+ | Hiley M. Perez, 1105 Burton Street, Freeland, PA 18224-1303 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Hiley M. Perez tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Hiley M. Perez,<br>aka Hiley Perez, dba Happy Kids Family Daycare, | Chapter 13 |
| **Debtor 1** | Case No. 5:21−bk−00695−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: October 20, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

ordsmiss (05/18)